UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                          )
M.S.M.,                                   )
                                          )
            Petitioner                    )
                                          ) Case No. __25-3982____
        v.                                )
                                          )
Yolanda PITTMAN,                          ) **ORDER GRANTING**
    in her official capacity as Warden )  **PETITIONER'S MOTION**
    of the Elizabeth Contract             ) **FOR LEAVE TO**
    Detention Facility;                    ) **PROCEED UNDER**
                                          ) **PSEUDONYM AND TO FILE**
John TSOUKARIS,                           ) **UNDER SEAL**
    in his official capacity as           )
    Newark Field Office Director,         )
    Enforcement and Removal Operations )
    for U.S. Immigration and Customs      )
    Enforcement;                          )
                                          )
Kristi NOEM,                              )
    in her official capacity as           )
    Secretary of the U.S. Department      )
    of Homeland Security;                 )
                                          )
Pamela BONDI,                             )
    in her official capacity as           )
    Attorney General of the United        )
    States,                               )
                                          )
            Respondents.                  )
_____)


        **THIS MATTER** having come before the Court by way of

Petitioner's Motion to Proceed Under Pseudonym and to File a

Petition for Writ of Habeas Corpus (the "Petition"), Exhibits A-

DD to the Petition, Motion for Preliminary Injunction With

Temporary Restraining Order Via Order to Show Cause, Memorandum

of Law in Support of Order to Show Cause for Preliminary

Injunction With Temporary Restraining Order, and Memorandum of law in Support of the Motion for Leave to proceed in this action pseudonymously, Under Seal by Perkins Coie LLP, attorney for Petitioner M.S.M., and the Court having read and considered the papers submitted for the motion, and for good cause shown:

IT IS on this __11th__ day of __July_____, 2025;

**ORDERED** that Petitioner's motion is **GRANTED;** and it is

**FURTHER ORDERED** that Petitioner shall proceed in this matter under the pseudonym "M.S.M."; and it is

**FURTHER ORDERED** that any document revealing Petitioner's true identity shall be filed under seal. No document filed under seal in this matter shall be open to inspection except as provided herein. Respondent(s) may review the sealed documents and may reveal Petitioner's true identity (or any information or distinguishing characteristics which could reveal Petitioner's true identity) only to attorneys litigating this case on their behalf. Any person or entity who comes to learn of Petitioner's true identity (or any information or distinguishing characteristics which could reveal Petitioner's true identity) by means of, or as a result of, this litigation is hereby

**ORDERED** not to reveal Petitioner's true identity (or distinguishing characteristics) by any means to any other person or entity not authorized by this Court to receive such information.

- 2 -

**FURTHER ORDERED** that a copy of this Order is served electronically by way of the Court's ECF system upon all parties.

BY THE COURT:

s/Claire C. Cecchi

--------------------------------