

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*Frances C. Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

main: (973) 645-2700
direct:(973) 297-2038

August 18, 2025

**ECF**
Honorable Claire C. Cecchi
United States District Judge
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re:    ***M.S.M. v. Pittman, et al.*, Civil No. 25-3982 (CCC)**
            **Removal of Petitioner**

Dear Judge Cecchi:

     This Office represents the Respondents in the above habeas matter. As directed by the May 19, 2025 Court Order, ECF 13 at 4, we write to respectfully inform the Court that U.S. Immigration and Customs Enforcement removed Petitioner from the United States on August 12, 2025.

     We thank the Court for its consideration of this matter.

The Clerk's Office is directed to close this matter.

So ordered.

Date: 9/30/2025

*s/ Claire C. Cecchi*
Hon. Claire C. Cecchi

Respectfully submitted,

TODD W. BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Counsel

By:   *s/Frances C. Bajada*
      FRANCES C. BAJADA
      Assistant U.S. Attorney
      Attorneys for Respondents

cc:  Counsel of record (ECF)